MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
malarie@atllp.com

*Attorneys for Defendants Wyndham Vacation Resorts, Inc.
and PVTO Owners Association, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA MCDERMOTT, individually, and JACOB ROTHENBERG, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNDHAM VACATION RESORTS, INC., PVTO OWNERS ASSOCIATION, INC., AND DOES 1-50,<br><br>Defendants. | Case No.: 2:20-cv-1644-JAD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendants, Wyndham Vacation Resorts, Inc. and PVTO Owners Association, Inc. (collectively, "Defendants"), by and through their counsel, Armstrong Teasdale LLP, and Plaintiffs Maria McDermott and Jacob Rothenberg (collectively, "Plaintiffs"), by and through their counsel, Albright, Stoddard, Warnick & Albright, hereby move pursuant to Fed. R. Civ. P. 6 and Local Rule LR IA 6-1, to extend the deadline for Defendants to respond to the Complaint (ECF No. 1-2), which was filed in the Eighth Judicial District Court, Clark County, Nevada, on July 30, 2020, but removed to this Court on September 4, 2020, by two (2) weeks so that Defendants' response will be due on Friday, October 9, 2020, instead of the current deadline of Friday, September 25, 2020.  This is the first request to extend this particular deadline.

As set forth below, good cause exists to extend the deadline for Defendants to respond to the Complaint by two (2) weeks, or to October 9, 2020.

1

On July 30, 2020, Plaintiffs filed their Complaint against Defendants in the Eighth Judicial District Court, Clark County, Nevada, entitled *Maria McDermott, et al. v. Wyndham Vacation Resorts, Inc., et al.*, and bearing Case No. A-20-818830-C. (ECF No. 1.) Defendants were served with the Summons and Complaint on August 5, 2020. (Id.) On August 26, 2020, Defendants filed a Demand for Non-Resident Cost Bond from Plaintiffs Pursuant to NRS 18.130 in the state court action. (ECF No. 1-2.) Defendants timely removed this action to federal court on September 4, 2020. (ECF No. 1.) Concurrent with removal, Defendants' also filed a Renewed Demand for Non-Resident Cost Bond from Plaintiffs Pursuant to NRS 18.130 in this Court ("Renewed Demand"). (ECF No. 3.)

On September 15, 2020, Plaintiffs filed a Notice of Undertaking for Security for Costs for Non-Resident Plaintiffs Maria McDermott and Jacob Rothenberg ("Notice of Undertaking") containing four (4) undertakings evidencing that Capital Indemnity Corporation "will pay such costs and charges as may be awarded against Plaintiff(s) by judgment, or in the process of said action or special proceeding, not exceeding the sum of Five Hundred and 00/100 Dollars ($500.00)" on behalf of Maria McDermott and Jacob Rothenberg. (ECF No. 5). Thereafter, on September 22, 2020, this Court issued a Minute Order granting Defendants' Renewed Demand ordering Plaintiffs to post the security required under NRS 18.130(1) and staying the case until the security is posted. (ECF No. 7.) Based on Plaintiffs filing the Notice of Undertakings on September 15, 2020, the parties agree that the stay of this case under NRS 18.130(1) was lifted at that time and Defendants' response is due September 25, 2020, or ten (10) days after service of a notice of undertaking. *See* NRS 18.130(1).

Although Defendants have been diligent in prosecuting this action to date, they require some additional time to fully evaluate and respond to the Complaint, and Plaintiffs do not oppose providing additional time. This request is made in good faith and is not intended to unreasonably delay this matter. In particular, this case was filed less than two months ago.

/ / /

/ / /

/ / /

1      Based on the foregoing, the parties respectfully request that this Court extend Defendants' deadline to respond to the Complaint by two (2) weeks, or to October 9, 2020.

Dated this 24th day of September, 2020.

**ARMSTRONG TEASDALE LLP**

By:/s/*Michelle D. Alarie*
   MICHELLE D. ALARIE, ESQ.
   Nevada Bar No. 11894
   3770 Howard Hughes Parkway, Suite 200
   Las Vegas, Nevada 89169

*Attorneys for Defendant Wyndham Vacation Resorts, Inc. and PVTO Owners Association, Inc.*

Dated this 24th day of September, 2020.

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

By:/s/*Jorge L. Alvarez*
   G. MARK ALBRIGHT, ESQ.
   Nevada Bar No. 001394
   JORGE L. ALVAREZ, ESQ.
   Nevada Bar No. 014466
   801 South Rancho Drive, Suite D-4
   Las Vegas, Nevada 89106

*Attorneys for Plaintiffs Maria McDermott and Jacob Rothenberg*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATE: September 25, 2020

3