MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
malarie@atllp.com

*Attorneys for Defendants Wyndham Vacation Resorts, Inc.
and PVTO Owners Association, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA MCDERMOTT, individually, and JACOB ROTHENBERG, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> WYNDHAM VACATION RESORTS, INC., PVTO OWNERS ASSOCIATION, INC., AND DOES 1-50, <br><br> Defendants. | Case No.: 2:20-cv-1644-JAD-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF MOTION TO DISMISS TO COMPEL ARBITRATION (ECF NO. 12)** <br><br> **[FIRST REQUEST]** <br><br> ECF No. 14 |

Defendants, Wyndham Vacation Resorts, Inc. and PVTO Owners Association, Inc. (collectively, "Defendants"), by and through their counsel, Armstrong Teasdale LLP, and Plaintiffs Maria McDermott and Jacob Rothenberg (collectively, "Plaintiffs"), by and through their counsel, Albright, Stoddard, Warnick & Albright, hereby move pursuant to Fed. R. Civ. P. 6 and Local Rule LR IA 6-1, to extend the deadline for Defendants to file their reply in support of Motion to Dismiss to Compel Arbitration, or Alternatively, to Stay Proceedings Pending Arbitration (ECF No. 12) from October 30, 2020, to November 11, 2020. This is the first request to extend this particular deadline.

As set forth below, good cause exists to extend the deadline for Defendants to file their reply to November 11, 2020. On October 9, 2020, Defendants filed a Motion to Dismiss to Compel Arbitration, or Alternatively, to Stay Proceedings Pending Arbitration ("Motion to Compel

1

Arbitration"). (ECF No. 12.) Plaintiffs thereafter filed their Opposition to the Motion to Compel Arbitration on October 23, 2020. (ECF No. 13.) As such, the current deadline for Defendants to file their reply to the Motion to Compel Arbitration is this Friday, October 30, 2020.

Although Defendants have been diligent in prosecuting this action to date, they require some additional time to fully evaluate and prepare their reply in support of their Motion to Compel Arbitration. Plaintiffs do not oppose providing this additional time. This request is made in good faith and is not intended to unreasonably delay this matter. In particular, this case was filed a short time ago and a Scheduling Order has not yet been entered in this case.

Based on the foregoing, the parties respectfully request that this Court extend Defendants' deadline to file their reply to the Motion to Compel Arbitration from October 30, 2020, to November 11, 2020.

Dated this 28th day of October, 2020.

**ARMSTRONG TEASDALE LLP**

By: /s/ *Michelle D. Alarie*
　　MICHELLE D. ALARIE, ESQ.
　　Nevada Bar No. 11894
　　3770 Howard Hughes Parkway, Suite 200
　　Las Vegas, Nevada 89169

*Attorneys for Defendant Wyndham Vacation Resorts, Inc. and PVTO Owners Association, Inc.*

Dated this 28th day of October, 2020.

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

By: /s/ *Jorge L. Alvarez*
　　G. MARK ALBRIGHT, ESQ.
　　Nevada Bar No. 001394
　　JORGE L. ALVAREZ, ESQ.
　　Nevada Bar No. 014466
　　801 South Rancho Drive, Suite D-4
　　Las Vegas, Nevada 89106

*Attorneys for Plaintiffs Maria McDermott and Jacob Rothenberg*

　　Based on the parties' stipulation [ECF No. 14] and good cause appearing,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATE: 10-29-2020