G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 001394
JORGE L. ALVAREZ, ESQ.
Nevada Bar No. 014466
801 S. Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: (702) 384-7111
Fax: (702) 384-0605
gma@albrightstoddard.com
jalvarez@albrightstoddard.com

*Attorneys for Plaintiffs Maria McDermott
and Jacob Rothenberg*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA MCDERMOTT, individually, and JACOB ROTHENBERG, individually,<br><br>Plaintiff,<br><br>v.<br><br>WYNDHAM VACATION RESORTS, INC., PVTO OWNERS ASSOCIATION, INC., and DOES 1-50, Defendants.<br><br>Defendants. | CASE NO.: 2:20-cv-1644-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 19 |

WHEREAS, Plaintiffs Maria McDermott and Jacob Rothenberg, and Defendants Wyndham Vacation Resorts, Inc. and PVTO Owners Association, Inc., by and through their below counsel, acknowledge that the claims and disputes at issue in this action have been resolved, and on that basis, it is hereby stipulated by and between them, that this action be dismissed with

/ / /

/ / /

prejudice by order of this Court, with each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED this 14th day of June, 2021.

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

*/s/ Jorge L. Alvarez, Esq.*

_____
G. MARK ALBRIGHT, ESQ., #001394
JORGE L. ALVAREZ, ESQ., #014466
801 S. Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
*Attorneys for Plaintiffs Maria McDermott and Jacob Rothenberg*

**ARMSTRONG TEASDALE LLP**

*/s/ Michelle D. Alarie, Esq.*

_____
MICHELLE D. ALARIE, ESQ. (#11894)
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
*Attorneys for Defendants Wyndham Vacation Resorts, Inc. and PVTO Owners Association, Inc.*

**ORDER**

Based on the parties' stipulation **[ECF No. 19]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
UNITED STATES DISTRICT JUDGE

Dated: June 18, 2021